RECEIVED

JAN 3 1 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| BOBBY RANDY MOUTON | CIVIL ACTION NO. 6:13-cv-3071 |
| VS. | SECTION P |
| | JUDGE REBECCA F. DOHERTY |
| WARDEN, ST. MARY PARISH JAIL | MAGISTRATE JUDGE PATRICK J. HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the petition be **DISMISSED WITHOUT PREJUDICE** for failing to exhaust available State court remedies prior to filing his petition.

**THUS DONE AND SIGNED**, in chambers, Lafayette, Louisiana, on this 31st day of January, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE